# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

George H. Kalberer,

        Plaintiff,

                                            Civ. No. 12-1098 (RHK/JSM)
                                            **ORDER**

v.

Teamsters Local 120,

        Defendant.

---

Plaintiff having filed a Motion to remand this action to the Anoka County, Minnesota District Court, **IT IS ORDERED** that Defendant shall serve and file a memorandum in response to the Motion on or before May 29, 2012.  No further briefing – whether by letter, memorandum, affidavit, or otherwise – shall be permitted absent further Order of the Court.  If the Court later desires a hearing on the Motion, the parties will be so notified.


Date:  May 15, 2012                                        s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge