## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

George H. Kalberer,

          Plaintiff,

                                 Civ. No. 12-1098 (RHK/JSM)
                                 **ORDER**

v.

Teamsters Local 120,

          Defendant.

      Plaintiff's Petition for Remand (Doc. No. 6) is **DENIED**.  On its face, the Complaint alleges at least one federal claim:  violation of the Age Discrimination in Employment Act, 29 U.S.C. § 216.  (See Doc. No. 1, Ex. A ("Teamsters Union was . . . guilty of . . . [t]wo counts of [v]iolation of the Age Discrimination In Employment Act.").)  Accordingly, removal of the action to this Court was proper.  See 28 U.S.C. § 1441(a) ("[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction[] may be removed . . . to the district court of the United States for the district and division embracing the place where such action is pending."); 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the . . . laws . . . of the United States.").

Dated:  May 30, 2012                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge