# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

George H. Kalberer,

       Plaintiff,

                                                      Civ. No. 12-1098 (RHK/JSM)
                                                      **ORDER**

v.

Teamsters Local 120,

       Defendant.

---

      Plaintiff having moved for summary judgment and injunctive relief (Doc. No. 21),

**IT IS ORDERED** that Defendant shall serve and file its memorandum in opposition to the Motion, along with all supporting documents, on or before September 18, 2012, and Plaintiff may serve and file a reply memorandum, if any, along with all supporting documents, on or before September 25, 2012.  If the Court desires a hearing on the Motion, the parties will be so notified.

Dated:  September 4, 2012                                                s/Richard H. Kyle
                                                                               RICHARD H. KYLE
                                                                                United States District Judge